Tom GRIDER and Oleen Grider, Plaintiffs-Appellees,

v.

The TRAVELERS INDEMNITY COMPANY, Defendant-Appellant.

No. 20034.

United States Court of Appeals, Sixth Circuit.

June 17, 1970.

Russell G. Lazenby, Jr., Glasgow, Adams & Taylor, Nashville, Tenn., for appellant.

John M. McCord, Henry, McCord, Forrester & Richardson, Tullahoma. Tenn., for appellees.

Before WEICK, EDWARDS and BROOKS, Circuit Judges.

ORDER.

This case has been considered on the record on appeal and on the briefs and oral arguments of counsel for the parties. It is concluded that no error prejudicial to the rights of the defendant-appellant occurred in the proceedings in the District Court.

It is therefore ordered that the judgment of the District Court is affirmed. 315 F.Supp. 616.

UNITED STATES of America, Plaintiff-Appellee,

v.

ONE 1964 PLYMOUTH BELVEDERE, IDENTIFICATION NO. 3941176086, Defendant-Appellant.

No. 28946.

United States Court of Appeals, Fifth Circuit.

Sept. 15, 1970.

Noah Grimes, pro se.

D. L. Rampey, Jr., Asst. U. S. Atty., Macon, Ga., for appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

By opinion of August 7, 1970 this appeal was disposed of under Fifth Circuit Rule 9(c) without oral argument on the basis that the appellant had failed to file a brief. The court, after consideration of the merits, affirmed on the merits.

It now appears that appellant had filed a brief, and he moves to reinstate the appeal. We treat the motion to reinstate as an application for rehearing. The court has again considered the merits, with the benefits of appellant's brief. The appeal is totally without merit. The application for rehearing is denied.